# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00090-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**APPROXIMATELY $2,143.16 IN U.S. CURRENCY seized from Sonya Renee Fair on or about November 22, 2019, in Buncombe County, North Carolina,** )<br>)<br>**Defendant.** )<br>_____ ) | **DEFAULT JUDGMENT, ENTRY OF JUDGMENT, AND FINAL ORDER OF FORFEITURE** |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment. [Doc. 8].

For the reasons stated in the Government's Motion and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

(1) The Government's Motion for Default Judgment [Doc. 8] against the **DEFENDANT PROPERTY**:

$2,143.16 in United States Currency

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

(2) Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

(3) The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: July 24, 2020

Martin Reidinger
Chief United States District Judge